HENRY J. DAVENPORT, Respondent, *v.* MARY A. E. PAL-
MER, Respondent, and MARY J. MAYNE, Appellant,
Impleaded with Another.

*Davenport* v. *Palmer*, 152 App. Div. 761, reversed.
(Argued May 13, 1914; decided June 9, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 11, 1912, reversing a judgment in favor of defend-
ants entered upon a dismissal of the complaint by the
court on trial at Special Term, and granting a new trial
in an action to reinstate a mortgage on real property, to
cancel and annul the satisfaction piece thereof and to
foreclose said mortgage.

*Morris A. Hulett, Benjamin F. Norris* and *John T.
Eno* for appellant.

*Clarence F. Corner* for plaintiff, respondent.

*Richard C. Addy* for defendant, respondent.

*Per Curiam.* The reversal being upon questions of
law only (Code Civil Proceedure, section 1338), we are
limited on this review to the consideration of the ques-
tions of law arising upon the findings of fact which there
is any evidence to sustain. The Special Term found upon
sufficient evidence that the plaintiff and his client, the
mortgagee, accepted Mr. Dalton's check in payment, sat-
isfaction and discharge of the bond and mortgage. That
finding disposes of the case irrespective of the effect of
the certification of the check or of the subsequent recov-
ery by the plaintiff of a judgment upon it.

The order of the Appellate Division should be reversed
and the judgment of the Special Term affirmed, with
costs in all courts.

WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDE-
BACK, HOGAN, MILLER and CARDOZO, JJ., concur.

Ordered accordingly.